AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RAYMOND L. BRUTON
Plaintiff
V.
PAMELA A. MINOR, et, al
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06-791

I, Raymond L. Bruton _____ declare that I am the (check appropriate box)

- **X** Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     • **X** Yes     • • No     (If "No" go to Question 2)

   If "YES" state the place of your incarceration  H.R.Y.C.I.,

   **Inmate Identification Number (Required):** SBI# 069025

   Are you employed at the institution? _no_  Do you receive any payment from the institution? _no_

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?     • • Yes     • **X** No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • X No |
   | b. | Rent payments, interest or dividends | • • Yes | • X No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • X No |
   | d. | Disability or workers compensation payments | • • Yes | • X No |
   | e. | Gifts or inheritances | • • Yes | • X No |
   | f. | Any other sources      family | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes    • ✗No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    • ✗ Yes    • • No

   If "Yes" describe the property and state its value.

   Home at 2718 N. Van Buren ST.
   Wilmington, DE 19802

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

12/20/06
DATE

Raymond L. Bruton
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

To:       Raymond Bruton – Pod 2Q

From:   Ms. Hill  (Business Office)

Date:    November 27, 2006

Re:       Response to your letter.

---

Mr. Bruton,

Please provide your SBI# on **ALL** letters sent to the Business Office.  Here is your resident account history per your request.



```
RESIDENT HISTORY REPORT                                                          Page 1 of 1

HRYCI
11/27/06 12:52
ST 007 / OPR JMH

SBI            :  069025
Resident Name  :  BRUTON, RAYMOND
Time Frame     :  06/05/2006 13:29 - 11/27/2006 12:52

--------------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR    Receipt #        Amount        Balance
--------------------------------------------------------------------------------------------

06/05/2006   13:29   Add               4    SEA    D48889            70.00          70.10
06/12/2006   14:43   Rec Payment       10   bsp    J3814              0.75          69.35
06/13/2006   08:16   Order             2    DDT    B119336           45.43          23.92
06/14/2006   14:47   Rec Payment       10   bsp    J3884              0.23          23.69
06/20/2006   08:36   Order             2    DDT    B120316            3.14          20.55
06/21/2006   11:38   Add               4    SEA    D49924            80.00         100.55
06/27/2006   10:43   Order             2    DDT    B121394           48.24          52.31
06/28/2006   08:51   Credit            3    WLH    C13011             0.91          53.22
06/28/2006   15:24   Rec Payment       10   bsp    J4014              1.25          51.97
07/04/2006   08:49   Order             2    DDT    B122384           22.87          29.10
07/11/2006   13:41   Order             2    IAK    B123741            3.90          25.20
07/20/2006   06:05   Order             2    DDT    B124813            2.82          22.38
07/27/2006   09:17   Rec Payment       7    jmh    G10687             4.00          18.38
08/08/2006   13:32   Order             2    WLH    B127672            5.61          12.77
08/08/2006   13:56   Order             2    WLH    B127709           10.16           2.61
08/15/2006   13:31   Order             2    DDT    B128708            2.57           0.04
08/31/2006   12:14   Add               4    SED    D53766            25.00          25.04
09/01/2006   11:26   Order             2    WLH    B131035           19.08           5.96
09/07/2006   11:10   Add               8    bsf    H24006           100.00         105.96
09/08/2006   11:03   Order             2    WLH    B131906           40.64          65.32
09/12/2006   10:01   Order             2    WLH    B132347           56.12           9.20
09/13/2006   13:11   Credit            3    WLH    C14603             3.78          12.98
09/19/2006   05:49   Order             2    WLH    B133287            9.75           3.23
10/04/2006   05:47   Order             2    DDT    B135556            3.23           0.00
10/14/2006   09:10   Add               8    elj    H24992           200.00         200.00
10/16/2006   10:04   Order             2    DDT    B137168          158.86          41.14
10/16/2006   12:47   Credit            3    WLH    C15531            99.00         140.14
10/16/2006   12:54   Credit            3    WLH    C15535             6.58         146.72
10/23/2006   08:16   Order             2    DDT    B138286           32.79         113.93
10/26/2006   11:31   Add               4    SED    D57101            50.00         163.93
10/30/2006   13:04   Order             3    WLH    C15896            51.34         112.59
11/06/2006   06:51   Order             2    WLH    B140212           11.82         100.77
11/09/2006   11:39   Add               4    SED    D57962           237.00         337.77
11/13/2006   07:04   Order             2    WLH    B141300           48.61         289.16
11/14/2006   14:20   Add               4    SED    D58192            25.00         314.16
11/16/2006   08:36   Order             2    WLH    B142090          237.00          77.16
11/20/2006   05:54   Order             2    WLH    B142304           25.37          51.79
11/27/2006   10:49   Order             2    WLH    B143481           31.51          20.28
```