IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-791-SLR |
| | ) | |
| MRS. PAMELA A. MINOR, | ) | |
| MS. CHERYL REGAN, MR. STANLEY | ) | |
| W. TAYLOR, and WARDEN RAPHAEL | ) | |
| WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**AUTHORIZATION**

FILED JAN 11 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

I, Raymond L. Bruton, SBI #069025 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $29.90 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _January 4_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _January 9_, 2007.

_Raymond L. Bruton_
Signature of Plaintiff

Mr. Raymond L. Bruton
SBI# 069025 Unit 2Q- Pod
H.R.Y.C.I., P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
10 JAN 2007 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570