Raymond L. Beuton
SBI # 069025
H.R.y.C.I.
P.O. Box 9561
Wilmington, DE 19809

Febevaey 15, 2007

Me. Peter T. Dalleo;
Office of the Cleek
United States Disteict Couet
Disteict of Delaware
Wilmington, Delaware 19801



FILED

FEB 2 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

RE: Civ. No. 06-791-SLR

Deae Me. Dalleo;
ON oe about (2) weeks peive, I mailed to the
Disteict Couet of Delawaee, the 285 Foems Necessaey
foe the U.S. maeshals to Seeve on the deFendant's in
this Case.

My guestion foe you, how Soon will this peocess
be completed, Seeving the deFendant's? Because, each
and eveey day that passes, I'm being denied my
Constitutional Bight to my Paeole Heaeing.

CC: File

Sinceealy Yoves,
Raymond L. Beuton

Wm Raymond L. Bostin
SBI-#006935 Unit 20-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
16 FEB 2007 PM 2 L

Mr Pete T. Dalleo
Office of the Clerk
United States District Court
Lock box 18
844 N. King Street
Wilmington, Delaware 19801

THIS LETTER WAS SENT BY
AN INMATE WHO IS IN A
STATE PRISON. THE STATE IS
NOT RESPONSIBLE FOR
DEBTS INCURRED OR THE
CONTENTS OF THE LETTER

THIS ENVELOPE IS RECYCLABLE AND MADE
WITH 30% POST CONSUMER CONTENT.