Raymond L. Bruton
SBI# 069025 Unit2T-Pod
H.R.Y.C.I.
P.O.Box 9561
Wilmington, Delaware 19809

March 29, 2007

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RE: Is there a delay in serving Complaint

Dear Mr. Dalleo;

    My request to your office, is there a delay in the serving of my Complaint on the Defendant's I have name in the Complaints before the District Court of Delaware.

    If so, please advise Plaintiff of the status of the delay.

FILED
APR 2 – 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Raymond L. Bruton

Mr. Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
30 MAR 2007PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570