IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-791-SLR |
| | ) |
| MRS. PAMELA A. MINOR, MRS. | ) |
| CHERYL REGAN, MR. STANLEY W. | ) |
| TAYLOR, and WARDEN RAPHAEL | ) |
| WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 18th day of April, 2007, having reviewed the filed and finding it does not contain a USM-285 form for the Delaware Attorney General;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide an original "U.S. Marshal-285" form for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Failure to provide the "U.S. Marshal 285" form for the attorney general within 120 days of this order may result in the complaint being dismissed being pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall effect service as set forth in the court's April 11, 2007 order.

_____
UNITED STATES DISTRICT JUDGE