IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-791-SLR |
| ) | |
| PAMELA A. MINOR, CHERYL REGAN, ) | |
| STANLEY W. TAYLOR, and WARDEN ) | |
| RAPHAEL WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

ORDER

At Wilmington this 25th day of July, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **November 23, 2007.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **December 24, 2007.** Answering briefs and affidavits, if any, shall be filed on or

before **January 24, 2008**.  Reply briefs shall be filed on or before **February 7, 2008**.

_____
United States District Judge