IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-791-SLR |
| ) | |
| PAMELA A. MINOR, CHERYL REGAN, ) | |
| STANLEY W. TAYLOR, and WARDEN ) | |
| RAPHAEL WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 2†ʰ day of July, 2007,

IT IS ORDERED that, on or before **August 24, 2007**, plaintiff shall show cause why defendant Stanley W. Taylor should not be dismissed for failure to timely serve process on said defendant[1] pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT FROM THIS ACTION.

                                                _____
                                                United States District Judge

---

[1] On May 11, 2007 a United States Marshal 285 Form was returned unexecuted as to defendant Stanely W. Taylor. (SEE D.I. 12)