IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND L. BRUTON )
)
    Plaintiff, )
)
) Civil Action No. 06-791-SLR
)
v. ) Jury Trial Requested
)
MRS. PAMELA A. MINOR, MRS. )
CHERYL REGAN, MR. STANLEY W. )
TAYLOR, and WARDEN RAPHAEL )
WILLIAMS, )
)
    Defendants. )



SHOW CAUSE RESPONSE

    Comes Now, plaintiff Raymond L. Bruton Pro se hereby respond to show cause why Defendant Stanley W. Taylor should not be dismissed for failure to be timely serve process on said defendant by plaintiff Raymond L. Bruton's Complaint dated December 20, 2006 and filed December 27, 2006 as follows:

    1.  On July 31, 2007, Plaintiff Raymond L. Bruton was returned the 285 forms for Stanley W. Taylor, Commissioner of Prison.

    2.  Plaintiff saw in the service, remarks, retired-returned unexecuted, nofurther information provided.

    3.  Plaintiff filed the 285 forms on February 1, 2007, the US Marshal served the complaint on 5/10/07.

    4.  Plaintiff was not informed by the Court that the 285 forms had never been served on defendant until July 31, 2007, plaintiff took for granted 285 forms had been served on defendant.

5. Defendant Stanley W. Taylor, Commissioner of Prison should not be dismissed from this Civil Complaint, he was a prime defendant in this complaint. Furthermore, if defendant would have responded to plaintiff's letters, defendants' would not have taken full advantage of their failure to properly allow plaintiff to proceed to his proper hearings (MDT) and onward to his Parole Hearing, which when allowed to proceed was a 16 months delay afterhowever, plaintiff was successful in being granted his parole after that long terrible delay by defendant.

6. Defendant Stanley W. Taylor was asked by his superiors to resign his Commissioner of Prison job, because of poor work performances. He exhibited the same poor work performances by not responding to plaintiff's request for his assistance when defendants' deliberately withheld Plaintiff from his Parole process.

7. Defendant Stanley W. Taylor should be held responsible for his failure to supervise his employees as he should have as demostrated in this particular Civil Lawsuit.

Wherefore, plaintiff Raymond L. Bruton, should not be held responsible for the 285 forms not being served, since plaintiff did submitt the 285 forms to be served in a timely and correct manner, not to allow Stanley W. Taylor to be dismissed from this Civil Complaint or any of the defendants' to be dismissed for their failure to honor plaintiff's Constitutional Rights.

                                            RAYMOND L. BRUTON


                                            *[signature: Raymond L. Bruton]*
                                            Raymond L. Bruton
                                            SBI# 069025
                                            H.R.Y.C.I.
                                            P.O.Box 9561
                                            Wilmington, DE 19809

Dated: 13, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND L. BRUTON,            )
                              )
       Plaintiff,             )
                              )
    v.                        )        Civil Action No. 06-791-SLR
                              )
                              )        Jury Trial Requested
                              )
MRS. PAMELA A. MINOR, MRS.    )
CHERYL REGAN, MR. STANLEY W.  )
TAYLOR, and WARDEN RAPHAEL    )
WILLIAMS,                     )
                              )
       Defendants.            )

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 14th day of August, 2007 that two true and correct copies of the Show Cause Motion have been served by first class mail, postage prepaid, upon the following:

Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

RAYMOND L. BRUTON

Raymond L. Bruton
SBI# 069025
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

August 14, 2007



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Mr. Raymond L. Bruton
SBI# 069025 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809