IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RAYMOND L. BRUTON, )
                   )
     Plaintiff,    )
                   )
                   ) Civil Action No. 06-791-SLR
     v.            )
                   )
                   )
MRS. PAMELA A. MINOR, MRS. )
CHERYL REGAN, MR. STANLEY W)
TAYLOR, and WARDEN RAPHAEL )
WILLIAMS,          )
                   )
                   )
     Defendant     )

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), plaintiff move this Court for a Preliminary Injunction for the reason set forth below as follows:

    1. Plaintiff filed a preliminary injunction for relief to the UNited States District Court on or about December 27, 2006.

    2. Plaintiff requested of the COurt at that time to compel Defendants' to allow him to proceed to the MDT Hearing, and onward to the Board of Parole for his review, Parole Hearing, which at the time plaintiff was being denied.

    3. Defendants' did allow plaintiff to move forward to his MDT Board Hearing on March 7, 2007. Furthermore, plaintiff went before the Board of PAROLE ON July 24, 2007.

    4. On July 24, 2007, at the Board of Parole Hearing, Plaintiff was granted his Parole.

5. On July 26, 2007, Plaintiff received from the Board of Parole a Certificate which Ordered and authorizes the release of Plaintiff on Parole effective on the <u>26th</u> day of <u>July 2007</u> or any time thereafter subject to the rules, regulations and conditions of parole as set forth by statute and joint agreement of the Board of Parole and the Department of Correction.

6. On June 13, 2007, the District Court ruled in a memorandum Order, that Plaintiff's Preliminary Injunction is moot as plaintiff received the relief he sought. Inasmuch the Court further in the Conclusion gave plaintiff leave to file a New Motion for Injunctive Relief should the hearing before the Board of Parole fail to take place within the next six months. Conclusions,

this is Plaintiff's new motion for injunctive relief which is requesting the Court to Compel defendants' to release him to allow the Board of Parole's Orders to be carried out as instructed on July, 2007, in the Ordered Certificate and Parole review.

Respectfully Submitted, this day of August 13, 2007.

RAYMOND L. BRUTON

*Raymond L. Bruton* (signature)

Raymond L. Bruton
SBI# 069025
H.R.Y.C.I.
P.O.Box 9561
Wilmington, DE 19809

August 11, 2007

Mr. Carl C. Danberg
Commissioner of Prison
State of Delaware
245 Mckee Road
Dover, DE 19904

RE: Granted Parole

Dear Mr. Danberg;
    At the meeting of the Parole Board on Tuesday July 24, 2007 I was paroled to level IV Crest followed by level III supervision.
    On July 26, 2007 I received an Order from the Board of Parole authorizing my release on parole effective on the 26th day of July, 2007.
    Mr. Danberg as of August 9, 2007, I am currently being held incarcerated in the H.R.Y.C.I.
    Board of Parole Orders take exception over regular classification Orders, I have seen many men since July 24, 2007, being sent to the Crest/Plummer Center Work Release, while I am being held a prisoner at H.R.Y.C.I.

    Would you please assist me to be moved as the Board of Parole has Ordered.


Cc: Sue L. Robinson
    United States District Judge

                                            Sincerely Yours,

                                            Raymond L. Bruton

STATE OF DELAWARE



BOARD OF PAROLE

CERTIFICATE OF PAROLE

WHEREAS, the Delaware Board of Parole acknowledges that,

_____**RAYMOND L. BRUTON**_____ DPB# __3348_____
presently confined at a State Correctional Institution is eligible for parole;

WHEREAS, the Board of Parole, after careful consideration, believes that there is a reasonable probability said individual will lead a law abiding life and further believes that the release of said individual on parole is compatible with the welfare of society;

WHEREAS, the Board of Parole, under the authority vested in it by law, does grant said subject's release on parole from said institution at such time as a satisfactory parole program has been established by the Department of Correction, and said subject has read/heard read the general conditions of parole and has been furnished a copy of said conditions;

WHEREAS, said subject must also abide by the following Special Conditions:

**PAROLED TO LEVEL 4 CREST AND LEVEL 4 WORK RELEASE UNTIL SHORT TIME RELEASE DATE FOLLOWED BY LEVEL 3.**

**SPECIAL CONDITIONS** -

- **SUBSTANCE ABUSE EVALUATION AND FOLLOW ALL RECOMMENDATIONS**

- **VIOLENT OFFENDERS COUNSELING**

- **D/A COUNSELING AND FOLLOW ALL RECOMMENDATIONS**

- **MH EVALUATION AND FOLLOW ALL RECOMMENDATIONS**

NOW, THEREFORE, it is ordered that this certificate authorizes the release of said subject on parole effective on the __26TH__ day of __JULY__, __2007__, or any time thereafter subject to the rules, regulations and conditions of parole as set forth by statute and joint agreement of the Board of Parole and the Department of Correction.

Signed this __26TH__ day of __JULY__, __2007__.

DELAWARE STATE BOARD OF PAROLE



STATE OF DELAWARE
## BOARD OF PAROLE
CARVEL STATE OFFICE BUILDING - FIFTH FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

DWIGHT F. HOLDEN
CHAIRPERSON

TELEPHONE: (302) 577-5233
FAX: (302) 577-3501

July 25, 2007

Warden Raphael Williams
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington DE 19802

CRA: IN80120863, IN82101728

Dear Warden Williams:

At the meeting of the Parole Board on Tuesday July 24, 2007, Raymond Bruton was paroled to Level IV CREST followed by Level III supervision.

**SPECIAL CONDITIONS:**

- Must participate in Substance Abuse Evaluation and follow all treatment recommendations
- Must participate in Violent Offenders Counseling
- Must participate in Alcohol/Drug Counseling
- Must participate in Mental Health Counseling

Attached please find the certificate for parole for this offender. In the event that this order cannot be implemented in a timely manner, please notify this office as soon as possible.

Sincerely,

Dwight F. Holden
Chairperson

encl:   Parole Certificate

cc:   Pam Minor, Counselor Supervisor
      Cathy Scarborough, Records Dept.
      Sharon Agnew, Prothonontary Office NCC
      Mitzi Boddy, Superior Court Kent County
      Raymond Bruton, SBI# 00069025
      File #3348

IN THE UNITED STATES DISTRICT COURT

FOR THE DICTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 06-791-SLR |
| v. ) | |
| ) | |
| ) | |
| MRS. PAMELA A. MINOR, MRS. ) | |
| CHERYL REGAN, MR. STANLEY W.) | |
| TAYLOR, and WARDEN RAPHAEL ) | |
| WILLIAMS, ) | |
| Defendants. ) | |

### CERTIFICAT OF SERVICE

I, the undersigned, do hereby certify on this 16th day of AUGUST, 2007 that two true and correct copies of the Motion Plaintiff's Preliminary Injunction have been served by first class mail, postage prepaid, upon the following:

Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Raymond L. Bruton
SBI# 069025
H.R.Y.C.I.
P.O.Box 9561
Wilmington, DE 19809

August: 16, 2007

MR. Raymond L. Beston
SBI #00690305 Unit 2T-Pod
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570