**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE 19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19904**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE 19947**
**(302) 856-5353**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**

August 29, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:    ***Bruton v. Minor, et al.,***
       **D. Del., C.A. No. 06-791-SLR**

Dear Judge Robinson:

On August 20, 2007, Plaintiff Raymond L. Bruton, Sr., filed a Motion for Preliminary Injunction (the "Motion") asking the Court to order "defendants to release him to allow the Board of Parole's Orders to be carried out as instructed on July 2007, …." (D.I. 25). Please consider this letter as State Defendants Pamela A. Minor, Cheryl Regan and Raphael Williams's response to the Motion.

On July 24, 2007, the Delaware Board of Parole (the "Parole Board") met to determine whether to parole Mr. Bruton. At the meeting the Parole Board granted Mr. Bruton's request for parole. By the terms of the Certificate of Parole, Mr. Burton was "paroled to Level 4 Crest and Level 4 work release until short time release date followed by level 3."

After the Parole Board's decision, Mr. Bruton's name was placed on the waiting list for bed space at Level 4. On August 21, 2007, Mr. Bruton was transferred to the Webb Correctional Facility while he continued to await bed space for Level 4 at the Plummer Community Correctional Center. On August 29, 2007, bed space became

The Honorable Sue L. Robinson
August 29, 2007
Page 2

available at the Plummer Center and Mr. Bruton was moved there to serve his Level 4 time in accordance with the Parole Board's orders.

It is clear that the State Defendants have not violated Mr. Bruton's rights. He was moved in a timely manner in accordance with the Parole Board's orders. Therefore, the State Defendants respectfully request that this Court deny the Motion.

If the Court has any questions or concerns, or believes that a more formal response from the State Defendants is required, please contact the undersigned counsel at (302) 577-8400.  Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
Attorney for State Defendants

cc:    Raymond L. Bruton, Sr., Plaintiff