Raymond L. Bruton
SBI# 269025
Crest Program, Plummer Center
38 Todds Lane
Wilmington, DE 19802

September 14, 2007

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



RE: Civil Action No. 06-791-SLR

Dear Honorable Judge Sue L. Robinson;

Plaintiff arrived at the Plummer Center/Crest Work Release Center on or about August 28, 2007.

Upon Plaintiff's arrival Plaintiff was placed in the Plummer Center/Work Release. Mrs. Maxim had Plaintiff sign his Parole Papers.

However Plaintiff ask Mrs. Maxim and the intake officer C/O Jackson, "What happen to the Crest Program, and was he still obligated by the Court to

attend. Mrs. Maxim replyed," Plaintiff did not have to attend the Crest Program, the witness Mrs. Carell Evans, whom has since replaced the Retired Mrs. Maxim was present at my initial intake along with Mrs. Maxim.

However, on Saturday September 1, 2007 Plaintiff received from Deputy Attorney General Erika Y. Tross, Attorney for State Defendant, Defendant's First Set of Interrogatories and Request For Production of Documents directed to Plaintiff.

Therefore, on Monday September 3, 2007, Plaintiff requested to Ms Evans, treatment counselor to be allowed the opportunity to proceed to Widener College, to prepare an answer to Defendant's Request for Documents.

Inasmuch, as Plaintiff an Ms. Evans actually had a meeting that same week, Ms. Evans called the Widener College seeking to establish whether it was all right for Plaintiff to attend there Law Library Facility, which Plaintiff overheard from the conversation Ms. Evans and whomever she was speaking to whom informed Ms Evans that it was perfectly fine for Plaintiff to attend the Colleges Law Library.

therefore, since that week and date, Plaintiff has placed numerous notes to treatment counselor Ms. Evans, to Job counselor Mrs. Hamilton, and notes to Mrs Lank, requesting permission to proceed to the Widener College to answer the States motion.

On Thursday evening after returning from my job around the hour of 8:30 PM, Lt. Wilson informed Plaintiff he was being placed in the Crest Program, immediately. He said "the decision was made by Ms. Carrell Evans, treatment counselor after she had called the District Court on Thursday September 13, 2007, requesting the Court to send Plaintiff (6) 285 forms denying Plaintiff access to the District Court, to personally go to the Court to pick up said forms.

Plaintiff is currently in the Crest Program without any understanding how he will complete and type the necessary Answer to Defendant's Request for Documents.

Plaintiff did leave a recorded message on Deputy Attorney General's phone, stating I was having serious problems with the Answer to Defendant's Request for Documents. Plaintiff Never called back, however, at this stage of these proceedings, I am being denied access

to the Widener College Law Library. Plaintiff was also told he can not return to work.

Plaintiff has Constitutional Rights which are being thrown out the window.

Whereas, Plaintiff's Request to the Court, to immediately Respond to Ms. Carroll Elam's plot to deny Plaintiff access to the Court as she is doing to Plaintiff at this time.

Raymond L. Berton

Raymond L. Berton
SBI # 069025

cc: Erika Y Tross
Deputy Attorney General

Date: September 14, 2005

Mr. Raymond L. Berton
SBI # 00690025
Plummer Center/Crest Program
38 Todds Lane
Wilmington, DE 19802

WILMINGTON DE 197
18 2007

Clerk of District Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801