

**JOSEPH R. BIDEN, III**
Attorney General

**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE  19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE  19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

October 1, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Bruton v. Minor, et al.,*
               <u>D. Del., C.A. No. 06-791-SLR</u>

Dear Judge Robinson:

      On September 19, 2007, Plaintiff Raymond L. Bruton, Sr., filed a Motion for Extension of Time to respond to discovery in the above-captioned matter (D.I. 29). State Defendants have no objection to Mr. Bruton's request for an extension of time to respond to State Defendants' discovery requests (D.I. 27).  However, given that discovery closes in this matter on November 23, 2007, we ask that Mr. Bruton be given until no later than October 31, 2007 to respond to discovery.

      Mr. Bruton contends in his Motion that he needs to visit the Widener Law Library in order to respond to the State Defendants' discovery requests.  Mr. Bruton is currently incarcerated at the Plummer Community Correctional Center where he is participating in the Crest drug treatment program.  As a participant in Crest, Mr. Bruton is not permitted off grounds for the first few months of the program.  Although Mr. Bruton is not permitted off grounds, he may submit any requests for legal research or materials to his counselor or another staff person at Plummer and the request will be forwarded to the law library staff of one of the other institutions who will respond to Mr. Bruton's request.  This procedure has been used by other inmates in the past.

The Honorable Sue L. Robinson
October 1, 2007
Page 2

      Moreover, if need be, we can try to arrange for Mr. Bruton to visit the law library at the New Castle County Courthouse or one of the law libraries at the other correctional institutions.  We ask, however, that the Court considers this alternative as a last resort given that Mr. Bruton is participating in the Crest drug treatment program.

      If the Court has any questions or concerns, or requires a more formal response from the State Defendants, please contact the undersigned counsel at (302) 577-8400.  Thank you.

      Sincerely,

      */s/ Erika Y. Tross*

      Erika Y. Tross
      Deputy Attorney General
      Attorney for State Defendants

cc:    Raymond L. Bruton, Sr., Plaintiff