Raymond L. Bruton
SBI # 069025
Plummer Center/Work Release
38 Todds Lane
Wilmington, DE 19802

September 29, 2007

Office of The Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, DE 19801-3570



RE: CA. No. 06-791 SLR

Dear Clerk of Court;
   Plaintiff is sending to the court a copy of the denial from the MDT Board concerning plaintiff's request to attend the law library.

attached Enclosures

Sincerely yours,
Raymond L. Bruton

cc: Erika Y. Tross (#4506)
Deputy Attorney General

# Department of Correction
## Bureau of Community Correction

[X] PLUMMER COMMUNITY CORRECTION CENTER    [ ] WOMEN'S WORK RELEASE/TREATMENT CENTER

### CLASSIFICATION REQUEST FORM
*** DUE TO COUNSELOR BY THURSDAY ***

**I. TO BE COMPLETED BY RESIDENT:**

Name: Raymond L. Bruton    Date: September 18, 2007
(Please Print)

- __ Early Work Release
- __ Employment Out of State
- __ Flow Down
- __ Host Approval
- __ Increase in Hours of Work
- __ Phase Change (to resume progression)
- __ Phase VI - ICSP
- __ Program/Activity in the Community
- __ Shopping Pass
- __ Other (specify): _____

Reason for request (Please be very specific and use reverse side of form if necessary): Since my arrival here at the Plummer Center I have expressed a "need" to go to the Widener college Law Library. Ms Evans has called + confirmed that I was allowed to use the Law library to complete my research and prepare my motion for the District Court. Ms Evans suggested I write to the MDT Board to see how my chances of going to the Law Library since my status has changed and I'm in the Crest Program at this point. I must prepare my response to the Defendants Request for Documents as it was sent to me and received on Sept 1, 2007. I have 30 days from the date to prepare and send it to the court.

For a visit or activity off grounds, include whom you want to visit (name, organization, business, etc.), where (complete address) and telephone number.

When do you want to schedule this visit? Date: _____    Time: _____

**II. TO BE COMPLETED BY CORRECTIONAL COUNSELOR, WORK/PROGRAM COORDINATOR AND/OR CREST STAFF:**

[✓] Recommended    [✓ circled] Not Recommended    Willa Young-Hill Counselor
                   Too                              Name and Title

Rationale for Recommendation (Specific reason/s for supporting or not supporting the offender's request must be provided prior to submission to the MDT): Client wishes to deputy his wants by having the opportunity to obtain information from the Law library. It is not our status needs to write courts and ask for extension, if denied then we can consider alternative to getting ct to law library

**III. TO BE COMPLETED BY THE MDT (use reverse side if needed):**

__ Recommended    [X] Not Recommended    __ Other (see comments below)    Vote: 3-0 Through

Voting Members: L. Kang, L. Hamilton, Sgt. Knight    Non-Voting Members: Supervisor Barbara Russell

Rationale for Recommendation (Based on professional experience and judgment, not personal feelings): Needs to write court as suggested by Dir. House. Is not allowed off grounds.

**V. DECISION:**

__ Approved    [✓] Not Approved    __ Other (see comments)    __ Deferred (date): _____

Name and Title: ELG, KenD, DW    Date: 09.25.07

Comments:

Mr. Raymond L. Benton
SBI #089825
Plummee Center/Work Release
38 Todds Lane
Wilmington, DE 19802

WILMINGTON DE 197
01 OCT 2007 PM 1 T

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570