IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Raymond L. Beuton,

　　　　Plaintiff,



Civil Action No. 06-791 SLR

Mrs. Pamela A. Minor, Mrs.
Cheryl Regan, Mr. Stanley W.
Taylor, and Warden Raphael
Williams,

　　　　Defendant's.

## REQUEST FOR AN ORDER TO GO TO THE LAW LIBRARY

Comes Now, Plaintiff Raymond L. Beuton, Pro se hereby Request of the Court to order the CREST Program located at the Plummer Center Work Release, Located at 38 Todds Lane, Wilm. DE 19802 as follows:

On September 24, 2007, Plaintiff wrote and Requested to the MST Board, to be allowed

To go to the Widener College to Answer Defendant's Motion For Production of Documents which was Filed on August 31, 2007, and Received by Plaintiff on September 1, 2007.

The MDT Board has denied Plaintiff's Request to be allowed to go to the Law Library to complete and answer Defendant's Motion For the Production of Documents. The MDT Board denied Plaintiff's Request and Plaintiff Received the denial on September 27, 2007.

Therefore, Plaintiff is Requesting of the Court to issue an order to allow Plaintiff the opportunity to proceed to the Widener College, Law Library to allow Plaintiff his constitutional Right to access and pursue his Pro se Right to Answer Defendant's Motion For Production of Documents in the Case No. 06-791-SLR.

Whereas, Plaintiff prays to the District Court to allow him to go to the Widener College to complete the Production of Document motion Requested by Defendant's.

Dated: September 27, 2007

Raymond L. Betton
Raymond L. Betton
SBI #069025
Plummer Center/Work Release
38 Todd Lane
Wilmington, DE 19802

# CERTIFICATE OF SERVICE

I, Raymond L. Bruton, hereby certify that on September 28, 2007 I caused a true and correct copy of the attached motion to request an order to allow Pro Se Plaintiff to go to the Widener Colleges Law Library to be served on the following individual in the form and manner indicated:

NAME AND ADDRESS OF RECIPIENT:

Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

Raymond L. Bruton
Raymond L. Bruton
SBI #069025
Plummer Center/Work Release
38 Todds Lane
Wilmington, DE 19802



Mr. Raymond L. Bexton
SBI #00690325
Plummer Center/Work Release
38 Todds Lane
Wilmington, DE 19802

Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, DE 19801-3570

U.S.M.S. X-RAY

1880138570 C012