

Raymond L. Beuton
SBI #069025
Plummer Community Corr. Center
38 Todds Lane
Wilmington, DE 19802

FILED
OCT 10 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE
(no scanned)

October 3, 2007

Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE: Beuton v. Minor, et al,
Del. C.A. No. 06-791 SLR

Dear Judge Robinson;

On October 2, 2007, Plaintiff received a reply to a motion for extension of time to respond to discovery in the above-captioned matter (D.I. 29).

Inasmuch as the Defendant's state Attorney does not contest plaintiff's recent request to the court for an extension of time

To discovery in the above-caption matter, the Defendant's is requesting a narrow time period which clearly under the circumstances will cause plaintiff further difficulty as the staff such as Ms. Evans, Supervisor of Counsel and Director Anthony House advised plaintiff he was of authority to send plaintiff to the Widener Law Library, however, he was not going to disturb the situation just for plaintiff's convience.

Furthermore, Supervisor Ms. Evans and defendant's Attorney has collaborated to try to take the independent preparations of the above-caption matters from plaintiff, to involved the DOC staff in plaintiff's preparations.

Howbeit, plaintiff is on Level 4, on defendant's Attorney suggest plaintiff has an option to return to Level 5 for assistance, when Level 5 is where DOC tryed to take full advantage of plaintiff, in many many different ways.

Moreover, plaintiff does not feel justice and peace from the Superior Court located on 500 N. King Street. Plaintiff has been mistreated very badly in the Superior Court and is still

Serving a 25 year Sentence for a $40.00 dollar Delivery of a Heroin charge (1 bag, First offense) Plaintiff would not feel safe in Superior Court in their Law Library.

On Tuesday, October 2, 2007, Director House allowed his staff Counselors, to load a van of Crest Program Residents, and drive to different Locations, where Residents tryed to obtain their I-D, Drivers License ect, ect., for approximate 4 to 5 hours.

Therefore, if the staff Counselors can drive Residents to different Locations to assist Residents, what would be the problem to drive Plaintiff to the Widener College, to prepare the discovery motion in Response to Defendant's motion.

Whereas, this would not be an improper Request to expect, since plaintiff's Constitutional Rights guarantee plaintiff's access to the Law Library.

Sincerely,
Raymond L. Bruton

cc: Erika Y. Tross
Deputy Attorney General
Attorney for State Defendant's

Mr. Raymond L. Beuton
SBI #669035
Plummer Community Corr. Centre
38 Todds Lane
Wilmington, DE 19802

WILMINGTON DE 197
04 OCT 2007 PM 1 L

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801