IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND L. BRUTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-791-SLR |
| | ) | |
| PAMELA A. MINOR, CHERYL REGAN, | ) | |
| STANLEY W. TAYLOR, and WARDEN | ) | |
| RAPHAEL WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 9th day of November, 2007, having reviewed various

motions filed by plaintiff;

IT IS ORDERED  that:

1.  Neither the plaintiff nor the court has a current address for Stanley Taylor,

former Commissioner, Department of Correction.  Therefore, he shall be dismissed as a

defendant, pursuant to Fed. R. Civ. P. 4(m) and consistent with the court's order of

August 24, 2007 (D.I. 22).

2.  Plaintiff's request for a preliminary injunction (D.I. 25) is denied, as plaintiff

has no substantive right to state parole under the Constitution.  Board of Pardons v.

Allen, 482 U.S. 369 (1987); Eskridge v. Casson, 471 F. Supp. 98 (D. Del. 1979).

3.  Plaintiff's request for additional time to respond to the pending discovery

requests (D.I. 29) is granted.  The court understands that plaintiff does not have access

to a law library at his present designation.  However, the pending discovery requests should be directed at the facts in dispute.  Therefore,

IT IS FURTHER ORDERED that:

1.  Plaintiff shall have until December 7, 2007 to respond to the pending discovery requests.

2.  Motions for summary judgment shall be filed on or before January 7, 2008. Responses to said motions shall be filed on or before February 7, 2008.  Reply briefs may be filed on or before  February 18, 2008.

_____
United States District Judge