06791 (SLR)

TO: SUE L. Robinson, District Court

FROM: Raymond L. Beuton, Plaintiff

DATE: December 2, 2007

RE: Placed in SVOP, in Georgetown, DE 19947

FILED
DEC -6 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

RO scanned

Dear Honorable Judge;

On Tuesday, November 27, 2007, the MDT Board voted to send me down to Georgetown, DE, to SVOP for a 21 day sanction, which I will return to the Plummer Community Corr. Center on or about December 20, 2007.

The Plummer Community Corr. Center pack all my personal property and my legal materials, and stored them at the Plummer Comm. Corr. Center.

On or about the latter part of November, Honorable Judge Sue L. Robinson granted me an extension of time until December 7, 2007, to answer the states motion for Production of Documents.

Judge Robinson, under the circumstances I will not be able to complete the motion as scheduled because all my legal documents are pack away at the Plummer Comm. Corr. Center.

Because of this situation, I am Requesting of the Court to once again allow Plaintiff an Extension of time which will allow Plaintiff to Answer the defendant's motion after December 20, 2007.

Respectfully Submitted

Raymond L. Bruton



Clerk of District Court
Honorable Sue L. Robinson
Wilmington District Court
844 North King Street
Wilmington, DE 19801

mr. Raymond L. Becton
SBI# 060025
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947