To: Warden, Philip E. Morgan

From: Raymond L. Bruton

Date: December 21, 2007

RE: The approved pass to Widener Law Library

06-791 (SLR)



BD scanned

Dear Warden Morgan;

Happy Holidays, and best wishes for the new year.

Warden Morgan, I requested of Ms. Elkins to be allowed to go to the Widener Law Library on December 20, 2007, per your order of 11-26-07, copy enclosed.

However, because of the inconvenience of being sent to the SVOP on November 29, 2007, and returning to the Plummer Community Center on Dec. 19, 2007, completing a (21) day sanction.

Therefore, I notified the Wilmington, District Court on 12/6/07, that plaintiff in Case Number 1:06-cv-791 was sent to the SVOP on a (21) day sanction, without court materials necessary for completing the states motion for production of documents which cause plaintiff to request of the District Court, for another extension

of time to answer States motion for Production of Documents.

Therefore, I requested of Ms Evans to allow me on December 20, 2007, to proceed to Widener College to answer States motion for Production of Documents.

However, Ms. Evans spoke to supervisor Barbara Russel and decided without consideration of the court order from District Court or the approved (4) hour pass to Widener Law Library, which you approved, Ms. Evans disallow my trip to the Widener Law Library, stating I had to complete my sanction Review before I am allowed to go to the Law Library.

Furthermore, Ms. Evans has cancelled your order which is in no way considering the important urgency of this situation which I am so sorry to have "you" and the Courts involved in.

Residents in this program have been allowed to do many things after sanctions and LE's just because of the importance of the matter.

Whereas, this is a very delicate matter, would you please resolve this problem which I am having?

cc: Wilmington District Court
Judge Sue Robinson

Sincerely yours,
Raymond L. Bruton

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

INTER-DEPT. MEMO                    DATE: 11-26-05

TO: Raymond Bruton
FROM: Mrs Evans
SUBJECT: _____

The Warden has approved a 4 hour pass to Widener Law library on 202. Let me know when you would like to go (on a day off from work)

FORM #: 25-C                         SIGNED: _____

**Motions**
1:06-cv-00791-SLR Bruton v. Minor et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2007 at 9:38 AM EST and filed on 12/6/2007
**Case Name:**      Bruton v. Minor et al
**Case Number:**    1:06-cv-791
**Filer:**          Raymond L Bruton
**Document Number:** 36

**Docket Text:**
LETTER MOTION for Extension of Time to Answer States Motion for Production of Documents - filed by Raymond L Bruton. (dab)


**1:06-cv-791 Notice has been electronically mailed to:**
Erika Yvonne Tross  Erika.Tross@state.de.us

**1:06-cv-791 Notice has been delivered by other means to:**

Raymond L Bruton
SBI #069025
Plummer Community Corrections Center
38 Todds Lane
Wilmington, DE 19805

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/7/2007] [FileNumber=486271-0]
[84def82441fad10543092704b636e8d17e1225f2d4346092c2395ac6be63922c65f6
ed2f3162f5d49c87baca2e32590f8671d99a843d820c5f71b2c7abc2db77]]

https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?2616813503607822

Mr. Raymond L. Beaton
SBI #669025
Plummer Community Corr. Center
38 Todds Lane
Wilmington, DE 19802

SOUTH JERSEY NJ 080
2007 DEC 26 PM 2:41

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570