IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-791-SLR |
| ) | |
| PAMELA A. MINOR, CHERYL REGAN, ) | |
| STANLEY W. TAYLOR, and WARDEN ) | |
| RAPHAEL WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 3d day of January, 2008, having reviewed plaintiff's motion for an extension of time;

IT IS ORDERED that said motion (D.I. 36) is granted. Plaintiff shall respond to the pending discovery requests by **January 15, 2008.** As noted previously, the court understands that plaintiff does not have access to a law library at his present designation. However, the pending discovery requests should be directed at the facts in dispute.

IT IS FURTHER ORDERED that motions for summary judgment shall be filed on or before February 7, 2008. Responses to said motions shall be filed on or before March 7, 2008. Reply briefs may be filed on or before March 18, 2008. **No further extensions shall be granted.**

United States District Judge