# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 06-791-SLR |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| MRS. PAMELA A. MINOR, MRS. ) | |
| CHERYL REGAN, MR. STANLEY W. ) | |
| TAYLOR, and WARDEN RAPHAEL ) | |
| WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendants Pamela Minor, Cheryl Regan and Raphael Williams, (the "Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order granting summary judgment in their favor and against the Plaintiff as to all claims against them pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. Defendants have filed simultaneously herewith an Opening Brief in Support of Their Motion for Summary Judgment.

- 2 -

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting summary judgment in their favor and against the Plaintiff as to all claims.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorneys for Defendants Pamela
    Minor, Cheryl Regan and Raphael
    Williams

Dated: February 7, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on February 7, 2008, I caused a true and correct copy of the attached *Defendants' Motion for Summary Judgment* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Raymond L. Bruton, Sr.
SBI #00069025
Plummer Community Correctional Center
38 Todds Lane
Wilmington, DE 19802

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400