

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

March 17, 2008

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    ***Bruton v. Minor, et al.*,**
              **D. Del., C.A. No. 06-791-SLR**

Dear Judge Robinson:

       Please allow this letter to reflect State Defendants Pamela Minor, Cheryl Regan and Raphael Williams's waiver of their right to file a Reply Brief in support of their Motion for Summary Judgment and Opening Brief. (D.I. 40 and 41, respectively). Plaintiff Raymond L. Bruton filed an Answering Brief in the case on March 12, 2008. (D.I. 43). Plaintiff's Answering Brief fails to set forth any disputed material facts that would require denial of the Motion for Summary Judgment. Given that the State Defendants have clearly shown that there is no material fact in dispute and that the law and facts clearly entitle them to judgment as a matter of law, the State Defendants rest upon the arguments set forth in their Opening Brief and ask the Court to grant their Motion for Summary Judgment.

       If you have any questions or concerns, please feel free to contact me at (302) 577-8400. Thank you.

                                  Sincerely,

                                  */s/ Erika Y. Tross*

                                  Erika Y. Tross
                                  Deputy Attorney General
                                  Attorney for State Defendants

EYT/bja

cc:    Raymond L. Bruton, Plaintiff