IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-791-SLR |
| | ) |
| PAMELA A. MINOR, CHERYL REGAN, | ) |
| STANLEY W. TAYLOR, and WARDEN | ) |
| RAPHAEL WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

# O R D E R

At Wilmington this 30th day of July, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 40) is granted. The clerk of the court is directed to enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge