IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND L. BRUTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-791-SLR ) |
| PAMELA A. MINOR, CHERYL REGAN, STANLEY W. TAYLOR, and WARDEN RAPHAEL WILLIAMS, | ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 30, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Pamela A. Minor, Cheryl Regan, Stanley W. Taylor, and Warden Raphael Williams and against plaintiff Raymond L. Bruton.

_____
United States District Judge

Dated: 8/1/08

_____
(By) Deputy Clerk